Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

October 19, 2023

*By Electronic Filing*

Hon. Edgardo Ramos
U.S. District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Magnuson v. Associated Newspapers, Ltd.*, No. 23 Civ. 7541 (ER)

Dear Judge Ramos:

We represent Defendant Associated Newspapers, Ltd. ("Defendant") in this matter. We write on behalf of all parties to notify the Court that the parties have reached an agreement in principle to resolve this case in its entirety. With the consent of counsel for Plaintiff, we respectfully ask the Court to vacate all dates and deadlines and allow the parties 45 days to finalize the agreement or seek to reopen the case should the parties not finalize their settlement within that time frame.

Respectfully submitted,

Thomas B. Sullivan

Thomas B. Sullivan

cc: All counsel of record