**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNIFER LYNN MAGNUSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATED NEWSPAPERS, LTD. d/b/a "Daily Mail," a United Kingdom company; and DOES 1-10,<br><br>Defendants. | Civil Action No. 1:23-cv-07541-ER<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Jennifer Lynn Magnuson, by and through her undersigned attorneys, hereby dismisses this action in its entirety pursuant to Fed. R. Civ. §41(a)(1)(A)(i), with prejudice, and with each side bearing its own costs and attorneys' fees.

Dated: November 10, 2023
New York, New York

Respectfully submitted,

By: ____________________

Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com
*Attorney for Plaintiff*